

# U.S. Department of Justice
United States Attorney
Northern District of Georgia

*Richard Russell Federal Building*  *Telephone: (404) 581-6000*
*75 Ted Turner Drive S.W.*  *Fax: (404) 581-6181*
*Suite 600*
*Atlanta, Georgia 30303*

January 8, 2025

Courtroom Deputies
U.S. Courthouse
75 Ted Turner Dr. SW
Atlanta, GA 30303

Re:   *U.S. v. Antonio DeShawn Daniels, et. al., 1:20-CR-00306-CMS*
      *U.S. v. Jeremiah Isaiah Bates, 1:23-MJ-00707-LTW*
      *U.S. v. Jonathan McClary, 1:24-CR-00017-SEG*
      *U.S. v. Darius Spellers, 1:24-CR-00075-SDG-CMS*
      *U.S. v. Daniel Estuardo Vail-Lopez, 1:24-CR-00351-LMM-LTW*
      *U.S. v. Bernard Scheidweiler, 1:24-CR-00360-TWT-JEM*
      *U.S. v. Kimberly Johnson, 1:24-CR-00400-SEG*

Dear Courtroom Deputies:

   This letter is to notify the Court pursuant to LCrR 57.1E(4), NDGa, that I will be out of the office from March 3, 2025 to March 11, 2025. I request that the Court not schedule any court appearances in the above-referenced matters for those dates.

                                    Sincerely,

                                    RYAN K. BUCHANAN
                                    *United States Attorney*


                                    */s/ Alison B. Prout*
                                    ALISON B. PROUT
                                    *Assistant United States Attorney*

cc:  Counsel for Record